[Nos. 22333-7-III; 22335-3-III. Division Three. February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES L. CRABTREE, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 03-1-01073-2 and 02-1-00319-3, Gregory D. Sypolt, J., entered July 31, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.

[No. 22367-1-III. Division Three. February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JAIME ROGER GUZMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 02-1-02176-5, Michael W. Leavitt, J., entered September 2, 2003. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kato, C.J., and Sweeney, J.

[No. 22368-0-III. Division Three. February 1, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JIMMY RAY FRIDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 03-1-00269-4, Carolyn A. Brown, J., entered September 5, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.

[No. 22534-8-III. Division Three. February 1, 2005.]

THE CITY OF SPOKANE, *Respondent*, v. KEVIN SALMON, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-03226-8, Robert D. Austin, J., entered October 10, 2003. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Schultheis, JJ.